IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-235-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MAURQUICE QUASHAWN MCCOY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion to extend time to file a motion under 28 U.S.C. § 2255 [D.E. 424]. The response is due not later than April 21, 2021.

SO ORDERED. This 6 day of April 2021.

JAMES C. DEVER III
United States District Judge